# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

VS.                    NO. 4:95-MJ-03097-BD-1

MIGUEL ANGEL CUEVAS                                    DEFENDANT

## ORDER

On November 27, 1995, the government filed a criminal complaint charging Miguel Angel Cuevas with conspiring to distribute and possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841. (Docket entry #1) Judge Henry L. Jones signed the complaint and issued an arrest warrant for Mr. Cuevas.

A few weeks later, the Grand Jury in the Eastern District of Arkansas indicted Mr. Cuevas on one count of conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 846. *U.S. v. Cuevas, et al.*, 4:95-cr-00257-BRW-1, docket entry #2 (December 13, 1995). Two months later, the government filed a two-count superceding indictment charging Mr. Cuevas with conspiracy to distribute methamphetamine and money laundering. *Id*. After a three-day trial, a jury found Mr. Cuevas guilty on both counts, and the Court sentenced Mr. Cuevas to concurrent terms of life and 240 months' imprisonment. *Id*. at 462.

Pending is Mr. Cuevas's motion to dismiss the instant case, which was opened when the criminal complaint was filed. (#3) The motion is DENIED as moot. The

instant case was terminated when the government indicted Mr. Cuevas on December 13, 1995, making the criminal complaint irrelevant.

IT IS SO ORDERED this 6th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE